## Third Department, October, 1973

### (October 2, 1973)

■ Donald G. Partrick et al., Appellants, v. Gerald Preiser et al., Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed upon the ground that it was not taken within the time limited by statute (CPLR 5513, subd. [a]), which time cannot be extended by consent of the parties (*Ocean Acc. & Guar. Corp.* v. *Otis Elevator Co.*, 291 N. Y. 254). Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.

■ The People of the State of New York ex rel. Lancy Harris, Petitioner, v. J. Irwin La Vallee, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied on the ground that the relief requested would not result in petitioner's discharge from prison (see, e.g., *People ex rel. Lane* v. *Vincent,* 32 N Y 2d 940; *People ex rel. Tyler* v. *Conboy,* 39 A D 2d 806). We note, however, that the petition raises substantial constitutional questions regarding reformatory sentences and good behavior allowances (see *Sero* v. *Oswald,* 351 F. Supp. 522, 531). Therefore, in the interests of justice, the petition is transferred to Supreme Court, Special Term, County of Clinton, for determination of the issues presented without regard to the form of the proceeding or technical defects in the papers. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Reynolds, JJ., concur.

### (October 11, 1973)

■ In the Matter of George Majestic, Appellant, v. Edwin Callahan et al., Constituting the Board of Elections of Ulster County, Respondents.— Judgment, Supreme Court, Ulster County, entered on September 21, 1973, affirmed, without costs. No opinion. Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.

■ In the Matter of Ernest T. Hatch, Appellant, v. Thomas F. Donohue et al., Constituting the Board of Elections of Albany County, et al., Respondents.— Judgment, Supreme Court, Albany County, entered on October 1, 1973, affirmed, without costs. No opinion. Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.

■ In the Matter of Paul B. Bourgeois, Appellant, v. Thomas F. Donohue et al., Constituting the Board of Elections of Albany County, et al., Respondents.— Judgment, Supreme Court, Albany County, entered on October 1, 1973, affirmed, without costs. No opinion. Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.